# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MIGUEL CAMPOS-ALVARADO,<br><br>Defendant. | NO. CR09-16-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 13, 2012. The United States was represented by Assistant United States Attorney Thomas S. Woods for Matthew Diggs, and the defendant by Kevin Peck.

The defendant had been charged with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846. On or about August 7, 2009, defendant was sentenced by the Honorable John C. Coughenour to a term of 18 months in custody, to be followed by 2 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, submit to search, if

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

deported, not reenter the United States without permission of Immigration and Customs Enforcement.

In a Petition for Warrant or Summons dated February 7, 2012, U.S. Probation Officer Richard B. Cowan asserted the following violations by defendant of the conditions of his supervised release:

1. Committing the crime of reentering the United States without permission of the U.S. Department of Homeland Security on or about June 29, 2011, in violation of the standard condition that he not commit another federal, state or local crime.

2. Committing the crime of Distribution of Heroin on or about August 3, 2011, in violation of the standard condition that he not commit another federal, state or local crime.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on March 2, 2012 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 14th day of February, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Matthew Diggs
Defendant's attorney: Kevin Peck
Probation officer: Richard B. Cowan

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2