UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO TORRES,

    Defendant.

CASE NO. CR09-016-JCC

PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATION OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on an alleged violation of supervised release in this case on October 2, 2012. The United States was represented by Matt Diggs, and defendant was represented by Jennifer Horwitz. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been sentenced on or about July 10, 2009, on charges of distribution of cocaine. The Hon. John C. Coughenour of this court sentenced defendant to 15 months in custody, followed by three years of supervised release.

PROPOSED FINDINGS - 1

## ALLEGED VIOLATION AND DEFENDANT'S ADMISSION

In an application on September 18, 2012, USPO Jerrod Akins alleged that defendant violated the conditions of supervised release by failing to report a change in his residence. Defendant had vacated his residence, left no forwarding information, and his cell phone would not accept calls. He had therefore basically broken off contact with the Probation Office. At the hearing on October 2, 2012, defendant admitted this violation, waived any hearing as to whether it had occurred, and consented to having the matter set for a disposition hearing before Judge Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the respect alleged, and conduct a disposition hearing. That hearing is presently set for October 19, 2012 at 9:00 a.m.

The court detained defendant pending disposition. He has not cooperated with the Probation Office. In addition, the officer discovered evidence which gives rise to concerns that defendant has resumed his ties with gang members. Defendant has therefore not met his burden of showing, by clear and convincing evidence, that if released he would make his court appearances and would not pose a danger to other persons and the community.

DATED this 2nd day of October, 2012.

        s/ John L. Weinberg
        United States Magistrate Judge

cc:   Sentencing Judge   :   Hon. John C. Coughenour
      Assistant U.S. Attorney   :   Matt Diggs
      Defense Attorney   :   Jennifer Horwitz
      U. S. Probation Officer   :   Jerrod Akins

PROPOSED FINDINGS - 2